*E-FILED: June 26, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REMBRANDT SOCIAL MEDIA, LP,<br><br>        Plaintiff,<br>  v.<br><br>FACEBOOK, INC., and ADDTHIS, INC.,<br><br>        Defendants.<br>_____/ | No. C13-80137 RMW (HRL)<br><br>**CLERK'S NOTICE TERMINATING ACCEL PARTNERS' MOTION TO QUASH AND FOR PROTECTIVE ORDER**<br><br>**(Dkts. 1, 4)** |

    PLEASE TAKE NOTICE that the Court is terminating non-party Accel Partners' motion to quash and for a protective order (Dkts. 1, 4) because it does not comply with the undersigned's "Standing Order re: Civil Discovery Disputes" ("Standing Order"), which sets forth the applicable requirements and procedures for filing Discovery Dispute Joint Reports rather than noticed discovery motions.  The parties are directed to consult the Standing Order and proceed accordingly.  Parties may obtain copies of all of this court's standing orders from the clerk of the court, or on the court's website http://cand.uscourts.gov.

Dated: June 26, 2013

                                              /s/
                                 Chambers of Magistrate Judge Howard R. Lloyd

**C13-80137 (RMW) HRL Notice will be electronically mailed to:**

Heidi Lyn Keefe hkeefe@cooley.com, jmcintosh@cooley.com

Mark R. Weinstein mweinstein@cooley.com, lfass@cooley.com, mkenny@cooley.com

Michael Graham Rhodes rhodesmg@cooley.com, lopezre@cooley.com, moyespe@cooley.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**